Combined Insurance Company of America, an Illinois Insurance Corporation, Plaintiff-Appellee, v. City of Nokomis, a Municipal Corporation, Montgomery County, Illinois, Defendant-Appellant.

**Gen. No. 67–139.** ▮▮▮▮▮▮▮▮▮▮▮

Fifth District.

November 19, 1968.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kenneth E. Moss, of Nokomis, and Harold Broverman, Broverman & Broverman, of Taylorville, for appellant; Michael Frey, Arrington & Healy, of Chicago, and Paul M. Hickman, Bullington, White and Hickman, of Hillsboro, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.